UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2303(JMR/JGL)

| | | |
|---|---|---|
| Kevin Madge | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Rob Mundt | ) | |

On February 26, 2002, the Honorable Jonathan Lebedoff, United States Chief Magistrate Judge, issued a Report and Recommendation in the above-entitled action. Neither party filed timely objections to the Report, pursuant to Local Rule 72.1(c)(2).

Accordingly, IT IS ORDERED that:

1. The petition for a writ of habeas corpus is dismissed without prejudice. [Docket No. 1.]

2. The motion to dismiss is granted. [Docket No. 4.]

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 26, 2002

JAMES M. ROSENBAUM
United States Chief District Judge

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK

JUDGEMENT ENTERED ~~APR 01~~ 2002
DEPUTY CLERK'S INITIALS ______