# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Madge

v.

Rob Mundt

Case No. Civil 01-2303

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

1. The petition for a writ of habeas corpus is dismissed without prejudice.

2. The motion to dismiss is granted.

DATE: April 1, 2002

RICHARD D. SLETTEN, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

11